UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:13CR00406 CEJ (TCM) |
| | ) | |
| CHRISTOPHER CHANNEL, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S MOTION FOR A PRETRIAL DETERMINATION OF THE ADMISSIBILITY OF DEFENDANT'S STATEMENTS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3501

COMES NOW the United States of America by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Sayler A. Fleming, Assistant United States Attorney for said District, and files its request pursuant to Title 18, United States Code, Section 3501 for a pretrial ruling on the admissibility of statements made by the Defendant.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 /s/ Sayler A. Fleming
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri  63102
(314) 539-2200
sayler.fleming@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on October 29, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

       All Attorneys of Record for Defendant.

       /s/ Sayler A. Fleming
       SAYLER A. FLEMING, #58775MO
       Assistant United States Attorney