UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT - 2 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **4:13CR406 CEJ/TCM** |
| ) | |
| v.                              ) No. | |
| ) | |
| CHRISTOPHER CHANNEL, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 3, 2010, in the City of St. Louis, within the Eastern District of Missouri,

**CHRISTOPHER CHANNEL,**

the Defendant herein, did knowingly and intentionally distribute a quantity of cocaine base ("crack"), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about January 3, 2010, in the City of St. Louis, within the Eastern District of Missouri,

**CHRISTOPHER CHANNEL,**

the Defendant herein, acting with others known and unknown to the grand jury, did knowingly possess a firearm in furtherance of a drug-trafficking crime which may be prosecuted in a Court of the United States, to wit: distribution of cocaine base ("crack"), as set forth in Count One of this Indictment, which is re-alleged and incorporated herein; and in the course thereof, caused the death of a person through the use of a firearm, the killing of whom constituted murder as defined in Title 18, United States Code, Section 1111, in that the killing was committed willfully, deliberately, maliciously and with malice aforethought.

In violation of Title 18, United States Code, Sections 924(c)(1), 924(j), and 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney