UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 4:13CR0406 CEJ/TCM |
| | ) |
| **CHRISTOPHER CHANNEL,** | ) |
| | ) |
| **Defendant.** | ) |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Government's motion for pretrial determination is **DENIED** as moot. [Doc. 19]

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Dismiss a Portion of Count II of the Indictment be **DENIED**.  [Doc. 33]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of April, 2014.