RECEIVED
JUL 1 0 2014
BY MAIL

Dear Judge Mrs. Carol Jackson

I'm writing on my own behalf wanting to give you a idea of me, Christopher Channel as a person.

Mrs. Jackson I come from a household were I was raised by both of my parents and taught I had to work for everything in life. Both my mother and father have been working all my life, so from the age of 11 I've kept a job. The first job I've ever had was working as a paper boy when I lived in Hawaii. When I first started the job I loved it because it made me feel as if I was growing up. I was able to buy things with my own money or if I wanted to I could save my money and didn't have to ask my parents for as much. As I got older and my family moved back to St. Louis, I got me a job at a catering company making $10.00 an hour. So at that point I was really feeling like I was grown and becoming more of a man. I was going to school and working and everything is going good intill I find out that I would be becoming a father. At first I was scared because I didn't think I was ready for that type of responsibility, but then I realized I didn't have much of a choice. During this time I had started hanging out at my grandma's house which was in Walnut Park and getting exposed to a lifestyle I wasn't ready for or even use too! I ended up getting caught up in the fast money and dropped out of school and started selling drugs, which was the worst mistake I could have ever did. And it's like everything started going down hill from there, and the only person I could blame was myself. I then started

running with the wrong crowd and selling drugs and it's cost me almost 5 years of my life and now about to be more. But one thing I can say and everybody who knows me is, I have never been a violent person or even had one single fight in my whole life, I just wasn't raised like that or around those type of things. Your Honor Mrs. Carol Jackson, the only crime I'm good for is selling drugs and I take full responsibility for that, but condoning in violents and carring weapons was something I never did in my life. The Government is trying to make me plead to charges and things I'm not good for, but at the same time I feel like I'm left with any choice. Like I said before I'm good for the sell, but a gun and 25 years is just something I can't understand. I'm sorry for the lost of Mrs. Shaw's family but I could never harm anyone let alone take a human life and it's like the government is trying to railroad me asking for 20 years on a drug case that I've already done 4½ years in the state on. I got locked up at the age of 18½ years old, now at 23 I have changed a lot. Since my incarceration I've gotten my Ged, took a few drug classes, stayed out of trouble, and have kept a job the whole time. When I get out I plan to get into school and take up Culinary Arts and just be a father to my 6 year old son. When I get in school because my mother is in the Army she has transferred her post 911 G.I. bill in my name so while I'm in school I will be getting paid $1300.00 a month. Also I going to be more in my son life and

help raise him so he don't have to go through some of the things I've been through. Another thing is when I get out I have a job waiting on me and a place I can live intill I get on my feet. My mother has given me open door as well as my aunt. I'm blessed to have people like that in my life.

    Your Honor I pray everyday and night that you have mercy on my life and grant me a second chance to life as a free man and I promise you won't Regret it.

    Thank You for your time Your Honor

                      Sincerely,
                      Christopher Channel

Christopher Channel
5 Basler Drive.
Ste. Genevieve, MO 63670

Mailed from
Ste. Genevieve County
Detention Center

SAINT LOUIS MO 630

08 JUL 2014 PM 5 L

**RECEIVED**

JUL 10 2014

**BY MAIL**

c/o Honorable Judge Carol Jackson
111 South 10th Street ste. 3.300
St. Louis, MO 63102

63102112325