IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:13 CR 406 CEJ |
| | ) |
| CHRISTOPHER CHANNEL | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Defendant Christopher CHannel, by and through counsel, Michelle L. Monahan, Assistant Federal Public Defender, and requests leave to file Defendant's Sentencing Memorandum under seal.

Respectfully submitted,

/s/ Michelle L. Monahan
Michelle L. Monahan
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Michelle_Monahan@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Sayler Fleming, Assistant United States Attorney.


    /s/ Michelle L. Monahan
    Michelle L. Monahan
    Assistant Federal Public Defender